UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
YAFFA KLEIN

                                                                                                         Civil Action No:
                                                                                                         1:24-cv2091

                                       Plaintiff,

-v.-
CREDIT CONTROLL, LLC D/B/A CREDIT
CONTROL AND COLLECTONS, LLC

                                       Defendants.
----------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

    IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 20, 2024                                                         Respectfully Submitted,

                                                                                                                                                                */s/Rami Salim*
                                                                                                                                                      Rami Salim, Esq.
                                                                                                                                                      **Stein Saks, PLLC**
                                                                                                                                                      One University Plaza, Suite 620
                                                                                                                                                      Hackensack, NJ 07601
                                                                                                                                                      rsalim@steinsakslegal.com
                                                                                                                                                      Tel. 201-282-6500
                                                                                                                                                      Fax 201-282-6501
                                                                                                                                                      *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 20th day of June, 2024

Respectfully Submitted,

*/s/ Rami Salim*
Rami Salim

**Application Granted
SO ORDERED
Brooklyn, New York
Dated:** 6/27/2024

/s/ Eric N. Vitaliano
**Eric N. Vitaliano
United States District Judge**

The Clerk of Court is directed to close the case.